# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        Case No. 07-CR-96

   -vs-

**RODNEY C. SMITH,**

        Defendant.

## SEALING ORDER

Upon consideration of the government's Motion to Seal in the above-captioned matter, the Court finds that this matter is appropriately kept under seal and, therefore, **ORDERS** that the Clerk of Court accept for filing under seal the submission made by the government under the above-captioned case number, and all orders issued by the Court.

Dated at Milwaukee, Wisconsin, this 19th day of December, 2007.

        **SO ORDERED,**

        <u>s/ Rudolph T. Randa</u>
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**