PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin



U.S. DIST COURT EAST DIST. WISC
SEP 25 2008
AT_____ O'CLOCK _____ M
JON W. SANFILIPPO, CLERK

U.S.A. vs. Rodney Smith
1219 W. Clarke Street
Milwaukee, WI 53206

Docket No. 07-CR-96

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **Eileen E. Vodak**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rodney Smith**, who was placed under pretrial release supervision by the Honorable **Aaron E. Goodstein** sitting in the Court at **Milwaukee**, on the **10th** day of **May, 2007** under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to random urine screens and counseling as directed.
3. Travel restricted to the Eastern District of Wisconsin

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant failed to submit to random urine screens on 1/8/08, 2/25/08, 3/24/08, 6/9/08, 7/8/08, 8/7/08, 9/18/08, and 9/22/08.
2. The defendant failed to report to Pretrial Services as directed on 2/12/08 and 8/13/08.
3. The defendant has failed to make monthly payments of $20.00 in co-pay to Attic Correctional Services and has an outstanding balance of $245.00 as of 8/31/08.

**PRAYING THAT THE COURT WILL ORDER** the defendant be returned to Court to show cause why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this **25th** day of **September, 2008** and ordered filed and made a part of the records in the above case.

_____
Rudolph T. Randa
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eileen E. Vodak
U.S. Pretrial Services Officer

Place: Milwaukee, WI

Executed On: September 24, 2008