# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

# COURT MINUTES

| | |
|---|---|
| HON. **Rudolph T. Randa**, presiding. | Deputy Clerk: Linda Zik |
| DATE: **October 8, 2008 at 9:00 am.** | Court Reporter: Heidi Trapp |
| CASE NO. **07-Cr-96** | Time Called:  9:12 am. |
| UNITED STATES v. **Rodney C. Smith** | Time Concluded: 9:23 am. |

PROCEEDING:   **Bond Revocation Hearing**

UNITED STATES by: **Lisa A. Wesley**

U.S. PROBATION**: Eileen E. Vodak**

DEFENDANT:  **Rodney C. Smith**, in person and by:

ATTORNEY:  **Laurence M. Moon**

---

Government asks that bail continue.  Defendant drops urine screens 4-times a months but he only misses approximately 1-time a month.  He is behind in his payments at Attic Counseling and has missed 2 counseling sessions.  The urine drops were returned negative.

Per Probation, there is no employment verification.

Defense notes defendant is cooperating in the State of WI and there are 2 cases pending as a result of his cooperation.  He has been dilatory in his cooperation but will now fully cooperate and faithfully perform his urine drops.  He begins a new job Monday.  His urine drops have all been negative, he just has not been punctual in making the appointments.

Court notes the defendant has not been successful on Supervised Release since his last release so a pattern is developing.  But, since he has negative urine drops, the Court will continue the bond.  Verification of employment must be made to Probation.

Government notes there are 3 cases pending, one in this Court set for trial on November 10, 2008, one in the Western District of Wisconsin, and one in State Court.  Government requests a sentencing date after November 10, 2008.

Sentencing set for **January 15, 2009 at 9:00 am.**